# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ULYSSES JEROME JOHNSON,**

    **Plaintiff,**

**vs.**                                                           Case No. 4:14cv32-MW/CAS

**LARRY CAMPBELL,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, filed a civil rights complaint, doc. 1, under 42 U.S.C. § 1983.  In a separate order entered this day, Plaintiff's motion for in forma pauperis status has been granted and, thus, the complaint may now be reviewed as is required by 28 U.S.C. § 1915A.

Review of Plaintiff's complaint indicates Plaintiff contacted Defendant Campbell, the Sheriff of Leon County, to obtain a bond, but "he did not."  Doc. 1 at 5.  Plaintiff contends it is not lawful to hold him without a bond, but he did not respond.  *Id.*  Plaintiff also believes that "they are killing and feeding [him] dead people that had done something to [Plaintiff]."  *Id.*  Plaintiff states that he "tasted the people, but [he] still have not got no bond [sic]."  *Id.*

A Sheriff does not set a bond so that a person may be released from jail; bonds are set by the state court judge presiding over Plaintiff's criminal case.  Moreover, Plaintiff's complaint should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e).  The Supreme Court explained in <u>Neitzke v. Williams</u>, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989) that a Court may *sua sponte* dismiss claims brought by in forma pauperis litigants if those claims are frivolous; in other words, when the factual allegations and legal conclusions lack "an arguable basis either in law or in fact."  A frivolous complaint also includes those based on "fanciful factual allegation[s]."  <u>Neitzke</u>, 490 U.S. at 325, 109 S.Ct. at 1831-32.

In the case at bar, Plaintiff's allegations are frivolous.  To the degree Plaintiff seeks to hold Defendant liable for not releasing him on bond, it lacks an arguable basis in law.  To the degree Plaintiff contends that Defendant Campbell feeds dead people to inmates at the Leon County Jail, the complaint is fanciful and should be dismissed.  No Defendant should be put to the time and expense of answering such a complaint.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2), and that the Order adopting this Report and Recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to § 1915(e)(2)(B)(i).

**IN CHAMBERS** at Tallahassee, Florida, on March 10, 2014.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.