IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ULYSSES JEROME JOHNSON**,

    **Plaintiff,**

v.                                   CASE NO.  4:14-cv-32-MW/CAS

**LARRY CAMPBELL,**

    **Defendant.**

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 9, filed March 10, 2014.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)."  The Clerk shall note on the docket lines this cause is dismissed pursuant to 28 U.S.C. § 1915

(e)(2)(B)(1)(i).   The Clerk shall close the file.

**SO ORDERED on April 10, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
